IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 13-582-01 |
| : | |
| LEON LITTLE : | |
| Defendant. : | |
| : | |
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 13-582-02 |
| : | |
| COLISE HARMON : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 9th day of July 2018, upon consideration of Defendant Leon Little's Motion for Judgment of Acquittal Pursuant to Rule 29 (Doc. No. 311), Defendant Colise Harmon's First Motion for Acquittal Under Rule 29 or, in the Alternative, for a New Trial under Rule 33 (Doc. No. 335), Defendant Harmon's Supplemental Motion for Judgment of Acquittal Under Rule 29, or, in the Alternative, For a New Trial Under Rule 33 (Doc. No. 394), Defendant Little's Supplemental Motion for Judgment of Acquittal Pursuant to Rule 29 or Alternatively a Motion for New Trial Pursuant to Rule 33 (Doc. No. 404), and the responses and reply thereto (Doc. Nos. 339, 340, 417, 434, 423), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions (Doc. Nos. 311, 335, 394, 404) are **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**